UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMAL J. ASHBY,<br><br>  Plaintiff,<br><br> -against-<br><br>SANTANDER CONSUMER USA,<br><br>  Defendant/Third-Party Plaintiff,<br><br> -against-<br><br>LUCILLE JOSEPH and CHARLES CHAPLIN,<br><br>  Third-Party Defendants. | No. 1:15-cv-05616-DLI-CLP |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by and between counsel that the above-captioned action is settled. Plaintiff Jamal J. Ashby hereby dismisses his claims against Defendant Santander Consumer USA, Inc. with prejudice. Third-Party Plaintiff Santander Consumer USA, Inc. hereby dismisses its claims against Third-Party Defendants Lucille Joseph and Charles Chaplin with prejudice.

Respectfully submitted,

Date: December 28, 2015    **LAW OFFICES OF SUBHAN TARIQ, PLLC**

By: */s/ Subhan Tariq*
Subhan Tariq
*Attorney for Plaintiff*

Date: December 28, 2015    **TROUTMAN SANDERS LLP**

By: */s/ Amanda L. Genovese*
Amanda L. Genovese
*Attorney for Defendant*
*Santander Consumer USA, Inc.*

It is **SO ORDERED** by the Court that this action is discontinued without costs and without prejudice; the Parties retain the right to reopen the action if settlement is not consummated.

_____
U.S. DISTRICT JUDGE